UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

GARY MARTIN                                                                                    PLAINTIFF

VS.                                                                  CIVIL ACTION NO. 3:08cv587 DPJ - JCS

HOMESITE INSURANCE COMPANY;
HOMESITE SECURITIES COMPANY, LLC;
HOMESITE GROUP INCORPORATED, and
John Does 1-10                                                                                 DEFENDANTS

## AGREED ORDER TO DISMISS

Plaintiff, Gary Martin, and Defendants, Homesite Insurance Company, Homesite Securities Company, LLC and Homesite Group Incorporated, have agreed that this matter will be dismissed with prejudice.

CONSIDERING the foregoing and finding same to be well taken

IT IS HEREBY ORDERED that this suit is hereby dismissed with prejudice, each party to bear his or its own fees and costs.

**SO ORDERED** this the 24th day of October, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

/s/ John W. Barrett

Counsel for Plaintiff

/s/ Sheryl Bey

Counsel for Defendants

JM SWB 631462 v2
2904039-000001 10/23/2008